## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

EVAN ROBINSON,                          )
                                        )
                    Plaintiff,          )
                                        )        Case No. 23 CV 03400
                                        )
v.                                      )
                                        )        Judge Mary M. Rowland
                                        )        Magistrate Judge Maria Valdez
CITY OF CHICAGO et al,                  )
                                        )
                    Defendants.         )

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Evan Robinson, by his attorney, Melinda Power; and Defendants Carl Smith and Craig Adams, by one of their attorneys, Tyler D. Michals, Assistant Corporation Counsel; and Defendant, City of Chicago, by its attorney, Mary B. Richardson-Lowry, Corporation Counsel of the City of Chicago, and the parties have entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of plaintiff, Evan Robinson, against Defendants, City of Chicago, Carl Smith, and Craig Adams, are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of this order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Tyler D. Michals
Assistant Corporation Counsel
2 North LaSalle, Ste. 420
Chicago, Illinois 60602
(312) 742-0170
Attorney No. 6332061
Date: 7/ 1 / 24

ENTER:_____
The Honorable Joan H. Lefkow
United States District Judge
DATED:_____

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

EVAN ROBINSON,                                )
                                              )
                    Plaintiff,                )
                                              )       Case No. 23 CV 03400
                                              )
v.                                            )
                                              )       Judge Mary M. Rowland
CITY OF CHICAGO et al,                        )       Magistrate Judge Maria Valdez
                                              )
                    Defendants.               )

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Melinda Power
Attorney for the plaintiff, Evan Robinson
West Town Law Office
2502 W. Division
Chicago, IL 60622
(773) 278-18306706
Attorney No. 70344
DATE: 7/1/24

Respectfully submitted,

CITY OF CHICAGO
a Municipal Corporation

Mary B. Richardson-Lowry
Corporation Counsel
Attorney for City of Chicago

BY: _____
Caroline Fronczak
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6284817
DATE: 7/1/2024

BY: _____
Tyler D. Michals
Attorney for defendants, Carl Smith and Craig Adams
Assistant Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-1056
Attorney No. 6332061
DATE: 7/1/24